[No. 46765-8-II. Division Two. May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYLLIS HOLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00339-8, Michael H. Evans, J., entered September 16, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Melnick and Sutton, JJ.

[No. 46852-2-II. Division Two. May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY EDWARD GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02515-1, Bryan E. Chushcoff, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Sutton, JJ.

[No. 47020-9-II. Division Two. May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE A. HESLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 14-1-00019-5, Douglas E. Goelz, J. Pro Tem., entered December 12, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47022-5-II. Division Two. May 3, 2016.]

MARK C. LEWINGTON ET AL., *Respondents*, v. FRANK I. PARSONS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-11768-5, Vicki L. Hogan, J., entered December 12, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Bjorgen, C.J., concurred in by Melnick and Sutton, JJ.